FILED FOR RECORD
HARRISON COUNTY, TEXAS
CLERK DISTRICT COURT

2014 DEC -2 PM 2: 32

NO. 13-0182X

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| vs. | § | 71st JUDICIAL DISTRICT |
| | § | |
| THOMAS RICHARDSON | § | HARRISON COUNTY, TEXAS |

FILED IN
The Court of Appeals
Sixth District

FEB 1  2015

Texarkana, Texas

Debra K. Autrey, Clerk

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes Thomas Richardson, Defendant in the above styled and numbered cause, and gives this written notice of appeal to the Court of Appeals of the State of Texas from the judgment of conviction and sentence herein rendered against Thomas Richardson.

Respectfully submitted,

ROBERT L COLE JR
P. O. Box 829
LONGVIEW, TX 75606
Tel: (903) 236-6288
Fax: (903) 236-5441

By:_____
Robert L. Cole, Jr.
State Bar No. 04547800
rcolejd@gmail.com
Attorney for Thomas Richardson

## CERTIFICATE OF SERVICE

This is to certify that on December 2, 2014, a true and correct copy of the above and foregoing document was served on the Assistant Attorney Pro Tem, Lew Dunn, by facsimile transmission to 903-757-6712.

_____
Robert L. Cole, Jr.

4